IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
DETROIT DIVISION

| | |
|---|---|
| **BRANDEN LAVAR TRAPP,** | § |
| *Plaintiff*, | § § § CIVIL ACTION NO. 2:23-cv-12356-JJCG-KGA |
| v. | § |
| **CHEX SYSTEMS, INC.,** | § |
| *Defendant*. | § |

## NOTICE OF SETTLEMENT

Pursuant to Local Rule 41.1, Plaintiff Branden Lavar Trapp and Defendant Chex Systems, Inc. (together, the "Parties"), hereby notify the Court that the Parties have entered into a settlement in principle fully and finally resolving the issues in the action. Upon delivery of the settlement receivables, the Parties will file a stipulation of dismissal with prejudice substantially in the form attached as Exhibit A.

DATE: October __, 2023

| | |
|---|---|
| */s/ Branden Lavar Trapp by Joseph H. Hickey with express permission* | */s/ Joseph H. Hickey* |
| Branden Lavar Trapp | Joseph H. Hickey |
| 10870 Marne Street | DYKEMA |
| Detroit, Michigan 48224 | 39577 Woodward Ave., Suite 300 |
| T: 586-353-8258 | Bloomfield Hills, Michigan 48304 |
| Branden.trapp@gmail.com | T: 248-203-0555 |
| | jhickey@dykema.com |
| **PLAINTIFF, PRO SE** | **ATTORNEYS FOR DEFENDANT** |

2

**CERTIFICATE OF SERVICE**

      I certify that on October __, 2023, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system and served it on Plaintiff via regular mail, postage prepaid and properly addressed as follows:

    Branden Lavar Trapp, Plaintiff
    10870 Marne Street
    Detroit, MI 48224

                                          */s/ Joseph H. Hickey*
                                          Joseph H. Hickey