**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**DETROIT DIVISION**

BRANDEN LAVAR TRAPP,                    Case No. 2:23-cv-12356-JJCG-KGA

    Plaintiff,

                                               Hon. Jonathan J.C. Grey

v.

CHEX SYSTEMS, INC.,

    Defendant.

_____

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER having come before the Court through the stipulation of the parties; and the Court being otherwise fully advised on the premises:

NOW, THEREFORE, IT IS ORDERED that the above-captioned action is hereby DISMISSED with prejudice and without costs to either party.

                                                      s/ Jonathan J.C. Grey
                                                      Honorable Jonathan J.C. Grey
Dated: November 13, 2023                         U.S. District Court Judge